NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERSONALIZED MEDIA COMMUNICATIONS, LLC,**
*Plaintiff-Appellant*

v.

**APPLE INC.,**
*Defendant-Appellee*

---

2021-2275

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:15-cv-01366-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

---

[1] Circuit Judge Cunningham did not participate.

2  PERSONALIZED MEDIA COMMUNICATIONS, LLC v. APPLE INC.

# O R D E R

Personalized Media Communications, LLC filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Apple Inc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue May 17, 2023.

FOR THE COURT

May 10, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court